UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON EDWARD KISTHARDT, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-15-0191 |
| RON COLBERT, et al., | : (Judge Kosik) |
| Defendants | : |

## ORDER

**AND NOW, THIS 19th DAY OF MAY, 2015,** in accordance with the Memorandum issued this day, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's "Motion for Extension of Time to File Pretrial Motions" (Doc. 23) is **construed to be** a combined motion for extension of time to oppose Defendants' motions to dismiss and motion for the appointment of counsel.

2. Plaintiff's motion for extension of time to oppose the motions to dismiss is **granted**. Plaintiff shall file his opposition briefs within forty-five (45) days from the date of this order. The failure to do so will result in the motions being deemed unopposed and addressed on the merits in accordance with M.D. Pa. Local Rule 7.6.

3. Plaintiff's motion for the appointment of counsel is **denied without prejudice**.

                                                        s/Edwin M. Kosik
                                                        EDWIN M. KOSIK
                                                        United States District Judge